THE GERMAN NATIONAL BANK, Respondent, v. CARNEGIE
TRUST COMPANY et al., Appellants.

*German Nat. Bank* v. *Carnegie Trust Co.*, 172 App. Div. 158, affirmed.
(Argued May 17, 1918; deicded June 11, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered May 11, 1916, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
at Special Term. The respondent, the German National
Bank, is a national banking corporation, doing business
in the city of Cincinnati, Ohio, and the appellant,
Carnegie Trust Company, up to January 7, 1911, was
engaged in a banking business in the city of New York.
The German National Bank and Carnegie Trust Com-
pany had entered into an agreement under which each
bank was to act as agent for the other bank in its
respective city for the collection of checks and drafts.
Under this arrangement the respondent was to remit
daily for any checks drawn on banks in Cincinnati or
contiguous territory sent to it by the Carnegie Trust
Company, whether or not it had actually collected the
checks. On January 3, 1911, the trust company sent

to the plaintiff in Cincinnati for collection checks and drafts amounting to $2,955.40.  Immediately upon receipt of these items and on January 5, 1911, the plaintiff mailed to the trust company its check for $2,953.92, the amount of the remitted checks less commissions. The check was received at the trust company's office on January 7, 1911, after the superintendent of banks had taken possession of the trust company.  The superintendent, finding this check in the mail, immediately caused it to be certified by the First National Bank.  After suit brought by the superintendent of banks against the First National Bank on its certification the amount of the check was paid to the superintendent of banks and the plaintiff thereafter reimbursed the First National Bank.  On January 7, 1911, the trust company owed the plaintiff $11,900.16 and the plaintiff owed the trust company $2,953.92, the amount of the checks and drafts remitted by the trust company for collection, thus leaving a balance of indebtedness of $8,946.24 in favor of the plaintiff against the trust company.  In this action the question is whether the plaintiff bank has preserved its right to discharge its debt to the trust company by the application of the principle of equitable setoff, and whether it can recover from the superintendent of banks the amount of the check mailed by it on January 5, 1911.

*Samuel S. Koenig* and *Oliver L. Goldsmith* for appellants.
*Joseph M. Hartfield* and *Ernest G. Fifield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.  Not sitting: McLAUGHLIN, J.